

CHILD SUPPORT DIVISION

ACCEPTED
15-25-00045-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/10/2025 11:20 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/10/2025 11:20:58 AM
CHRISTOPHER A. PRINE
Clerk

December 10, 2025

**Sent via e-File**

Christopher A. Prine, Clerk of Court
Fifteenth Court of Appeals
P.O. Box 12852, AUSTIN, TEXAS 78711
www.txcourts.gov/15thcoa/
512-463-1610

**Re:**   Court of Appeals Number: 15-25-00045-CV
*In The Interest Of I.C.S., A Child*
Trial Court Case Number: DF-24-07441

Dear Mr. Prine:

After reviewing the underlying order and the trial court record, the Office of the Attorney General has determined that it has no role in this appeal and accordingly, will not file a brief.

Sincerely,
*/s/ Nicole N. Loya*
NICOLE N. LOYA
Assistant Attorney General
SBN: 24082948
Office of the Attorney General
Child Support Division
Appeals and Legal Research
Nicole.loya@oag.texas.gov


cc:   Nanyamka Sims, Kai Hasan Clark

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 108932790
Filing Code Description: Letter
Filing Description: OAG Waiver Letter
Status as of 12/10/2025 11:28 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| Kai HClark | | kclark4152510@gmail.com | 12/10/2025 11:20:58 AM | SENT |